38 A.3d 559

PAUL M. DEPASCALE, PLAINTIFF–MOVANT, v.
STATE OF NEW JERSEY, DEFENDANT.

November 10, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for direct certification to the Superior Court, Law Division, Mercer County, is granted.